# Jonathan Silver
### Attorney at Law

of Counsel
Paul C. Herson

Silver Tower
125-10 Queens Blvd, Suite 311, Kew Gardens, NY 11415
(718) 520-1010
juanplaja@aol.com

---

> Application granted. Plaintiff shall have until **July 1, 2025** to oppose the motion to compel arbitration. Defendants' opposition shall be due by **July 22, 2025,** and Plaintiff's reply shall be due by **August 6, 2025.**
>
> The Clerk of Court is respectfully requested to terminate ECF 29.
>
> Date: June 9, 2025          SO ORDERED
> New York, NY
>                              _____
>                              ROBYN F. TARNOFSKY
>                              UNITED STATES MAGISTRATE JUDGE

---

June 6, 2025

Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Gimbel v. American Express et al</u>
SDNY 24 CV 8371

Dear Judge Tarnofsky:

    I am writing as the attorney for the plaintiff to make this request to extend my time to respond to the Motion just received within the hour from the defendant seeking ot compel arbitration.

    As your Honor no doubt remembers, at our telephone conference held earlier today I advised the Court and counsel that I would be on vacation starting later tonight until June 24, 2025.

    Counsel made no mention that she intended to make her motion later today and had she done so I would have asked the Court to extend my time to respond to the motion until one week after I return which would be July 1, 2025.

    I attempted to reach counsel to ask for her consent but there was no answer at her end.

    This is the first request for an extension of time to answer this motion.

Very truly yours,

JONATHAN SILVER ESQ.